STATE v. ALLEN

No. 70A86-4

Case below: Halifax County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Halifax County denied 7 February 1997.

STATE v. ALSTON

No. 416A92-2

Case below: Warren County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Warren County denied 6 March 1997.

STATE v. BASDEN

No. 159A93-2

Case below: Duplin County Superior Court

Motion by Attorney General to dismiss petition for writ of certiorari due to untimely filing denied 6 March 1997. Petition by defendant for writ of certiorari to review the order of the Superior Court, Duplin County denied 6 March 1997.

STATE v. GREEN

No. 519A96

Case below: 124 N.C.App. 269

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question denied and notice of appeal retained 6 March 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 1997.

STATE v. HARRIS

No. 345A92-2

Case below: Onslow County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Onslow County denied 6 March 1997.